[No. 9554–8–II.   Division Two.   July 15, 1987.]

*In the Matter of the Marriage of* SHIRLEY ANN
BROPHY, *Appellant, and* PATRICK FRANKLIN
BROPHY, *Respondent.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 84–3–00451–7, Robert L. Charette, J., entered January 21, 1986. *Vacated* and *remanded* by

unpublished opinion per Petrich, J., concurred in by Alexander, A.C.J., and Worswick, J.